COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 ROBERTO
 GALLARDO, JR., INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBERTO
 GALLARDO, DECEASED,
  
                             Appellant,
  
 v.
  
 EDUARDO
 MIGUEL DE JESUS, M.D.,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00375-CV
  
 Appeal from the
  
 120th District Court
  
 of El Paso County, Texas
  
 (TC#2003-2064)
 
 




MEMORANDUM
OPINION

Appellant has filed a motion to
dismiss this appeal.  The motion is
granted, and the appeal is dismissed.  See
Tex. R. App. P. 42.1(a)(1).

 

SUSAN
LARSEN, Justice

November 13, 2003

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.